**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-202 CAS |
| NATIONAL BUSINESS FURNITURE, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on defendant's motion to amend its Amended Third-Party Complaint by interlineation. The Court does not permit pleadings to be amended by interlineation, because such amendments tend to cause confusion for the Court and other parties. In addition, the deadline for amending pleadings has passed. Defendant may resubmit a motion for leave to amend with a proposed second amended third-party complaint submitted as an attachment thereto, along with a memorandum in support of its motion for leave to amend explaining why the motion should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file an amended third-party complaint by interlineation is **DENIED**. [Doc. 40]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 1st day of September, 2006.